**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Marvin Badua, | ) | No. CV-08-0301-PHX-GMS (CRP) |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| Katrina Kane, et al., | ) | |
| Respondents. | ) | |

    Pending before the Court are Petitioner's petition for writ of habeas corpus/civil rights complaint and United States Magistrate Judge Charles R. Pyle's Report and Recommendation ("R&R"), and First Motion to Dismiss. (Dkt. ## 1, 22 and 23). The R&R recommends that the Court dismiss the petition as moot and grant the motion to dismiss case without prejudice because Petitioner was released from confinement on a $30,000 bond. (Dkt. # 23 at p.1). The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at p. 3 (citing 28 U.S.C. § 636(b).

    The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

1 determine de novo any part of the magistrate judge's disposition that has been properly
2 objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-
3 taken. The Court will accept the R&R and [deny/grant/dismiss] the Petition/complaint.
4 *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in
5 whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ.
6 P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended
7 disposition; receive further evidence; or return the matter to the magistrate judge with
8 instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Pyle's R&R (Dkt. # 23) is **ACCEPTED**.
2. Petitioner's petition for writ of habeas corpus (Dkt. #1) is **DISMISSED AS MOOT**.
3. Petitioner's Motion to Dismiss Case Without Prejudice (Dkt. # 22) is **GRANTED**.
4. The Clerk of the Court shall **terminate** this action.

DATED this 11th day of February, 2009.

*[signature]*
G. Murray Snow
United States District Judge

- 2 -